GEORGE M. COHAN v. MAURICE A. RICHMOND and Another, Impleaded with MAX MAYER.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

HARRY V. BERRY, as Administrator, etc., of ADOLPH HUMPFNER, Deceased, v. AUGUSTUS VAN HORNE STUYVESANT, Individually, and LUCIUS H. BEERS and EDWIN S. LAFFEY, as Surviving Trustees, etc., of CATHERINE E. S. STUYVESANT, Deceased.— Motions for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of Proceedings of MANUFACTURERS TRUST COMPANY, as Executor, etc., of VIRGINIA TRYON KENT, Deceased. ALICE KENT STODDARD and Others. MANUFACTURERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GLOBE AND RUTGERS FIRE INSURANCE COMPANY v. HARRY EPSTEIN and Another, etc. — Motion fo leave to appeal to the Court of Appeals and for a stay granted. [See ante, p. 586.] Motion for a reargument denied. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of IRA FINK for a Mandamus Order against JAMES E. FINEGAN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 595.] Motion for a reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

MILTON C. WEISMAN, Receiver of FOX THEATRES CORPORATION, Appellant, v. NORTHERN ASSURANCE COMPANY, LTD. OF LONDON (a Foreign Corporation), Respondent.— Action brought by plaintiff to recover upon a policy of insurance issued by the defendant to the Fox Theatres Corporation for losses sustained through the theft of a certain Tabriz rug and an Aubusson tapestry. Judgment in favor of the defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH N. EARLY and Others, Appellants, v. CARL W. FUNK and Another, Respondents, Impleaded with Another.— Judgment modified by enjoining the defendants-respondents from maintaining beyond the building line of the premises 586-590 Seventh avenue in the borough of Manhattan, city. of New York, the upright sign containing the word "Stanley," by eliminating from the judgment the provision dismissing the complaint, with costs to each of the defendants-respondents, and instead by awarding costs to the plaintiffs against the defendants-respondents, and as so modified affirmed, with costs to the appellants. No opinion. Settle order on notice reversing findings inconsistent with this determination and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.